UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 15-745-BRO (SP) | Date | May 21, 2015 |
|---|---|---|---|
| Title | FEDERICO ROSAS v. K. HOLLAND, Warden | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly I. Carter | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| n/a | n/a |

**Proceedings:** **(In Chambers) Order to Show Cause Why Petition Should Not Be Dismissed for Failure to State a Claim**

On May 12, 2015, petitioner filed what purports to be a Petition for Writ of Habeas Corpus by a Person in State Custody under 28 U.S.C. § 2254 using this court's approved form. But the only portion of the petition filed is the face page; no other pages of what would be the petition are included. Instead, the only page attached is a handwritten note to the Court Clerk asking the Clerk to file the petition and send petitioner a copy of the pages filed. Thus, it is impossible to tell from the petition the grounds on which petitioner seeks habeas relief.

Rule 2(c) of the Rules Governing Section 2254 Cases in the United States District Courts affirmatively requires a prisoner to file a petition that "must: (1) specify all the grounds for relief available to the petitioner; (2) state the facts supporting each ground; (3) state the relief requested; (4) be printed, typewritten, or legibly handwritten; and (5) be signed under penalty of perjury by the petitioner or by a person authorized to sign for the petitioner under 28 U.S.C. § 2242." *See also James v. Borg*, 24 F.3d 20, 26 (9th Cir. 1994) ("Conclusory allegations which are not supported by a statement of specific facts do not warrant habeas relief.") (citation omitted).

Here, the face page of the petition is legible, but none of the other requirements for a habeas petition under § 2254 has been met. Petitioner has not asserted even conclusory allegations in support of his claim for habeas relief. He has not identified any ground for relief at all. And he has not signed the petition under penalty of perjury. As such, his petition is subject to dismissal for failure to state a claim and as unverified.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 15-745-BRO (SP) | Date | May 21, 2015 |
|---|---|---|---|
| Title | FEDERICO ROSAS v. K. HOLLAND, Warden | | |

Accordingly, the court hereby issues this **ORDER TO SHOW CAUSE** why the petition should not be dismissed for failure to state a claim and for failure to verify it under penalty of perjury. Petitioner is **ordered** to file with the court a written response to the Order to Show Cause on or before **June 11, 2015.**

In his response to the Order to Show Cause, petitioner may set forth any reasons he wishes to argue against the dismissal of the action. **Alternatively, petitioner may file a First Amended Petition correcting this deficiency.** Whichever option petitioner selects, petitioner must file and serve the responding document *no later than June 11, 2015*.

**The court warns petitioner that failure to timely file and serve a response as directed in this Order will result in a recommendation that this action be dismissed without prejudice for failure to state a verified claim, for failure to prosecute, and/or for failure to obey court orders.**